

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00059-CV

IN THE INTEREST OF A.H. AND A.H, CHILDREN

§ On Appeal from the 324th District Court

§ of Tarrant County (324-729961-23)

§ July 11, 2024

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part.

We reverse the portion of the trial court's judgment that terminates Father's parental rights to Andrew under Texas Family Code Section 161.002(b)(1), render judgment that DFPS take nothing on its claim under Section 161.002(b)(1), and remand the case as to Andrew only to the trial court for further proceedings consistent with this opinion.

We affirm the remainder of the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Dabney Bassel
    Justice Dabney Bassel